# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

Bridget M. McCormack,
Chief Justice

158197

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BRETON INSURANCE AGENCY, INC.,
      Plaintiff-Appellant,

v

SECURA INSURANCE COMPANY,
      Defendant-Appellee.

SC: 158197
COA: 339428
Kent CC: 16-000581-CB

_____/

On order of the Court, the application for leave to appeal the June 26, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



Clerk

t0422